USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
IN RE NON JUDICIAL CIVIL :
FORFEITURE PROCEEDING :
REGARDING $132,434.00 IN UNITED :
STATES CURRENCY SEIZED ON OR :
ABOUT MAY 13, 2019 :  1:19-mc-460-GHW
:
------------------------------------------------------------- X  ORDER

GREGORY H. WOODS, United States District Judge:

On October 15, 2019, the Court entered Dkt. No. 3, directing the parties to submit a sworn affidavit attesting to each factual assertion included in the Proposed Order, Dkt. No 2, if the parties wish the Court to enter it.  Thirty-one days have elapsed since that order.  If no responsive affidavit is filed by November 22, 2019, the Court will close this matter.

Counsel for the United States is directed to serve this order on Mr. Patel and to retain proof of service.

SO ORDERED.

Dated:  November 15, 2019
    New York, New York

_____
GREGORY H. WOODS
United States District Judge