USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
IN RE NON JUDICIAL CIVIL :
FORFEITURE PROCEEDING :
REGARDING $132,434.00 IN UNITED :
STATES CURRENCY SEIZED ON OR :
ABOUT MAY 13, 2019 :  1:19-mc-460-GHW
:
-------------------------------------------------------------- X

ORDER

GREGORY H. WOODS, United States District Judge:

On November 18, 2019, the Government informed the Court that it is no longer seeking nonjudicial civil forfeiture of the monies in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close the case.

Counsel for the United States is directed to serve this order on Mr. Patel and to retain proof of service.

SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge